IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 7 |
| | : | |
| US WOOD PRODUCTS, INC., | : | Bankruptcy Court Case |
| Debtor. | : | No. 00-03198 (MFW) |
| | : | |
| MONTAGUE S. CLAYBROOK, | : | |
| CHAPTER 7 TRUSTEE, | : | |
| Plaintiff/Appellee, | : | |
| | : | |
| v. | : | District Court Civil Action No. 04-CV-1265 |
| | : | |
| ATLANTIC VENEER CORPORATION, | : | |
| GEORGIA-PACIFIC CORPORATION, | : | |
| LIBERTY WOODS | : | |
| INTERNATIONAL, INC., | : | |
| and PANOLAM INDUSTRIES, INC., | : | |
| Defendants/Appellants. | : | |

**NOTICE AND STIPULATION OF VOLUNTARY DISMISSAL OF APPEAL
BY DEFENDANT/APPELLANT LIBERTY WOODS INTERNATIONAL, INC.**

**PLEASE TAKE NOTICE** that pursuant to Rule 8001(c)(2) of the Federal Rules of Bankruptcy Procedure, plaintiff/appellee Montague S. Claybrook, Chapter 7 trustee (the "Trustee") for the estate of US Wood Products, Inc. and Liberty Woods International, Inc. ("Liberty Woods") hereby stipulate to the voluntary dismissal, with prejudice, of the appeal taken by Liberty Woods with respect to the complaint to Avoid and Recover Transfers Pursuant to 11 U.S.C. § § 547 and 550 (the "Appeal"), filed in the United States Bankruptcy Court for the District of Delaware. The Trustee and Liberty Woods seek dismissal of the Appeal pursuant to Rule 8001(c)(2) because the dispute at issue therein has been settled by the parties. Each party shall bear its own costs in connection with the dismissal of the Appeal.

The dismissal of the Appeal in no way affects the continuation of the appeal taken by Panolam Industries, Inc.

PH2 220577v1 03/02/05

DATED: March 2, 2005

| FOX ROTHSCHILD LLP | PEPPER HAMILTON LLP |
|---|---|
| _/s/ Sheldon K. Rennie_ | _[signature]_ |
| Sheldon K. Rennie, Esq. (DE Bar No. 3772) | David M. Fournier, Esquire (DE No. 2812) |
| 919 N. Market Street, Suite 1300 | 1313 N. Market Street, Suite 5100 |
| Wilmington, DE 19899-2323 | P.O. Box 1709 |
| Tel: (302) 654-7444/Fax: (302) 656-8920 | Wilmington, DE 19899-1709 |
|  | Tel: (302) 777-6500/Fax: (302) 421-8390 |
| -and- | -and- |
| Michael G. Menkowitz, Esquire | Michael H. Traison, Esquire |
| Mark G. McCreary, Esquire | Donald J. Hutchinson, Esquire |
| 2000 Market Street, Tenth Floor | MILLER, CANFIELD, PADDOCK AND STONE, P.L.C. |
| Philadelphia, PA 19103 | 150 West Jefferson Avenue, Suite 2500 |
| (215) 299-2000/Fax: (215) 299-2150 | Detroit, MI 48226 |
| mmccreary@foxrothschild.com | (313) 963-6420/Fax: (313) 496-8450 |
| Counsel for Montague S. Claybrook, Chapter 7 Trustee for US Wood Products, Inc. | Counsel for Atlantic Veneer Corporation, Georgia-Pacific Corporation, Liberty Woods International, Inc. and Panolam Industries, Inc. |