## CERTIFICATE OF SERVICE

I, David M. Fournier, do hereby certify that on the 11th day of March, 2005, I did serve the foregoing *Notice and Stipulation of Voluntary Dismissal of Appeal by Defendant/Appellant Liberty Wood International, Inc.* by causing true and correct copies thereof to be served via United States mail, first class, postage pre-paid upon those parties listed below:

Sheldon K. Rennie, Esq.  
Fox Rothschild LLP  
919 N. Market Street, Suite 1300  
Wilmington, DE 19899-2323  

Michael G. Menkowitz, Esq.  
Mark G. McCreary, Esq.  
Fox Rothschild LLP  
2000 Market Street, Tenth Floor  
Philadelphia, PA 19103  

_____  
David M. Fournier (DE No. 2812)