**Pepper Hamilton LLP**
Attorneys at Law

Hercules Plaza, Suite 5100
1313 Market Street
P.O. Box 1709
Wilmington, DE 19899-1709
302.777.6500
Fax 302.421.8390

James C. Carignan
direct dial: 302-777-6530
carignaj@pepperlaw.com

September 30, 2005

**VIA HAND DELIVERY**
Chief Judge Sue L. Robinson
Chambers of the Honorable Sue L. Robinson
United States District Court for the District of
Delaware
J. Caleb Boggs Federal Building
844 N. King Street
Room 6124, Lockbox 31
Wilmington, DE  19801

      Re:    <u>**Panolam Industries, Inc., et al. v. Claybrook (Civil Action No. 1:04-cv-01265 (SLR))**</u>

Dear Chief Judge Robinson:

      Enclosed, please find a Stipulated Briefing Schedule Regarding Appeal Of Bankruptcy Court's Order Denying Consolidated Defendants' Motions To Dismiss The Trustee's Preference Complaints As Barred By The Bankruptcy Code § 546(a)(1) Statute Of Limitations (the "Briefing Schedule") in the above-referenced consolidated appeal (the "Appeal"). The Briefing Schedule has been executed by counsel for Panolam Industries, Inc. and Mr. Claybrook.

      I have also caused this letter and the Briefing Schedule to be filed on the electronic docket maintained by the Clerk of Court. If the Briefing Schedule meets with Your Honor's approval, I respectfully request that Your Honor sign and enter the Briefing Schedule at Your Honor's earliest convenience.

WL: #176753 v1 (3SDT01!.DOC)

| Philadelphia | Washington, D.C. | Detroit | New York | Pittsburgh |
| Berwyn | Harrisburg | Orange County | Princeton | Wilmington |

www.pepperlaw.com

Pepper Hamilton LLP
— Attorneys at Law

Chief Judge Sue L. Robinson
Page 2
September 30, 2005

   As always, please do not hesitate to contact me should Your Honor have any questions or concerns.

          Respectfully Yours,

          James C. Carignan
          *Co-Counsel for Panolam Industries, Inc.*

Enclosure

cc: Sheldon K. Rennie, Esq. (Hand Delivery)
   Mark McCreary, Esq. (First-Class Mail)