UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

In re:                                          Chapter 7

US WOOD PRODUCTS, INC.,                         Bankruptcy Case No. 00-03198 (MFW)

                    Debtor.

_____

PANOLAM INDUSTRIES, INC., *et al.*,

                    Appellants              Civil Action No. 1:04-cv-01265 (SLR)
V.

Montague S. Claybrook,

                    Appellee.

_____

## STIPULATED BRIEFING SCHEDULE REGARDING APPEAL OF BANKRUPTCY COURT'S ORDER DENYING CONSOLIDATED DEFENDANTS' MOTIONS TO DISMISS THE TRUSTEE'S PREFERENCE COMPLAINTS AS BARRED BY THE BANKRUPTCY CODE § 546(A)(1) STATUTE OF LIMITATIONS

Panolam Industries, Inc. ("Appellant" and, together with the other original appellants in this consolidated appeal, the "Appellants") and Montague S. Claybrook (the "Trustee" or, the "Appellee") hereby stipulate as follows regarding the Appeal (the "Appeal") Of Bankruptcy Court's Order (the "Bankruptcy Court Order") Denying Appellants' Motions To Dismiss The Trustee's Preference Complaints As Barred By The Bankruptcy Code § 546(a)(1) Statute Of Limitations (the "Stipulation"), and further agree as follows:

WHEREAS, in connection with the Chapter 7 case in the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Case") of U.S. Wood Products, Inc., *et al.* (the "Debtors"), the Trustee commenced an adversary proceeding (the "Adversary Proceeding") against Appellant;

WHEREAS, in the Adversary Proceeding, Appellant filed a Motion to Dismiss the Trustee's Preference Complaint as Barred by the Bankruptcy Code § 546(a)(1) Statute of Limitations (the "Motion to Dismiss");

WHEREAS, the Bankruptcy Court entered an Order denying the Motion to Dismiss;

WHEREAS, on September 13, 2005, this Court entered an Order granting Appellants' Motion for Leave to Appeal and consolidating Appellants' appeals under Civil Action No. 04-1265 (SLR) (the "Appeal"); and

WHEREAS, efforts to mediate the Appeal were unsuccessful;

NOW, THEREFORE, Appellants and Appellee hereby stipulate as follows, subject to Court approval, regarding the briefing schedule for the Appeal:

1.    Appellants shall have until October 7, 2005 to file its opening brief in support of its Appeal of the Bankruptcy Court Order.

2.    Appellee shall have until November 7, 2005 to file an answering brief in opposition to the Appeal of the Bankruptcy Court Order.

3.    Appellants shall have until November 21, 2005 to file a brief replying to Appellee's answering brief.

FOX ROTHSCHILD LLP
Sheldon K. Rennie (No. 3772)
919 N. Market Street, Suite 1300
P.O. Box 2323
Wilmington, DE 19899-2323
(302) 622-4202

Mark McCreary, Esq.

PEPPER HAMILTON LLP
David M. Fournier (No. 2812)
James C. Carignan (No. 4230)
Hercules Plaza, Suite 5100
1313 N. Market Street
P.O. Box 1709
Wilmington, DE 19899-1709
(302) 777-6500

-2-

2000 Market Street, 10th Floor
Philadelphia, PA 19103-3291
(215) 299-2000

*Counsel for Montague S. Claybrook*

MILLER, CANFIELD, PADDOCK &
STONE, P.L.C.
Donald M. Hutchinson, Esq.
150 W. Jefferson Ave., Suite 2500
Detroit, MI 48226
(313) 963-6420

*Counsel for Panolam Industries, Inc.*

IT IS SO ORDERED,

this _____ DAY OF _____, 2005

_____

Sue L. Robinson
Chief United States District Judge