IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 7 |
| US WOOD PRODUCTS, INC., | : | Case No. 00-03198 (MFW) |
| | : | Adversary No. 03-53656 |
| Debtor. | : | |
| PANOLAM INDUSTRIES, INC., *et al.* | : | |
| | : | Civil Action No. 1:04-cv-01265 (SLR) |
| Appellants, | : | |
| v. | : | |
| MONTAGUE CLAYBROOK, CHAPTER 7 TRUSTEE, | : | |
| Appellee. | : | |

**CERTIFICATION OF SERVICE OF
ANSWERING BRIEF OF APPELLEE
CHAPTER 7 TRUSTEE, MONTAGUE CLAYBROOK**

Magdalena Schardt, of full age, hereby certifies as follows:

1. I am special counsel with the law firm of Fox Rothschild LLP, attorneys for Montague S. Claybrook, the Chapter 7 trustee (the "Trustee") in the above proceedings.

2. On November 7, 2005, a true and correct copy of the *Trustee's Answering Brief of Appellee, Chapter 7 Trustee, Montague Claybrook* was served, via overnight mail, on the interested persons and counsel listed on the attached service list.

3. I hereby certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

                                                           */s/ Magdalena Schardt*
                                                           Magdalena Schardt

Dated: November 7, 2005

PH1 773874v1 11/07/05

David M. Fournier, Esquire
James C. Carignan, Esquire
Pepper Hamilton LLP
Hercules Plaza - Suite 5100
1313 N. Market Street
Wilmington, DE  19801

Donald J. Hutchinson, Esquire
Miller, Canfield, Paddock and Stone, P.L.C.
150 West Jefferson Avenue – Suite 2500
Detroit, MI  48226

Office of the U.S. Trustee
844 King Street
Room 2313 – Lockbox 35
Wilmington, DE  19801