# Pepper Hamilton LLP
#### ────Attorneys at Law────

Hercules Plaza, Suite 5100
1313 Market Street
P.O. Box 1709
Wilmington, DE 19899-1709
302.777.6500
Fax 302.421.8390

James C. Carignan
direct dial: 302-777-6530
carignaj@pepperlaw.com

November 21, 2005

**VIA HAND DELIVERY**
Chief Judge Sue L. Robinson
United States District Court for the District of
Delaware
Chambers of the Honorable Sue L. Robinson
J. Caleb Boggs Federal Building
844 N. King Street
Room 6124, Lockbox 31
Wilmington, DE 19801

> Re: **Panolam Industries, Inc., et al. v. Claybrook (In re U.S. Wood Products) (Civ. A. No. 1:04-cv-01265 (SLR))**

Dear Chief Judge Robinson:

Please accept this correspondence as notification that my client, appellant Panolam Industries, Inc. (the "Appellant"), does not intend to file a Memorandum of Law in Reply to the Answering Brief of Appellee Chapter 7 Trustee, Montague S. Claybrook (D.I. 13), as Panolam believes its Opening Brief sufficiently addresses the issues raised in the above-referenced appeal (the "Appeal"). As such, briefing in this Appeal is complete, and Appellant respectfully requests that Your Honor enter a ruling with respect to this Appeal at the Court's earliest convenience. As always, please do not hesitate to contact me should Your Honor have any questions or concerns.

Respectfully Yours,

James C. Carignan
*Co-counsel to Panolam Industries, Inc.*

cc.: Sheldon K. Rennie, Esq.

WL #179479 v1 (3%HJ01!.DOC)

| Philadelphia | Washington, D.C. | Detroit | New York | Pittsburgh |
| Berwyn | Harrisburg | Princeton | Wilmington | |

www.pepperlaw.com