UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| In re | Chapter 7 |
| US WOOD PRODUCTS, INC., | Bankruptcy Case No. 00-03198 (MFW) |
| Debtor. | |
| PANOLAM INDUSTRIES, INC., *et al.*, | |
| Appellants, | Civil Action No. 1:04-cv-01265 (SLR) |
| V. | |
| MONTAGUE S. CLAYBROOK, | |
| Appellee. | |

**ORDER GRANTING MOTION FOR REARGUMENT BY APPELLANT,
PANOLAM INDUSTRIES, INC.**

UPON THE MOTION For Reargument By Appellant, Panolam Industries, Inc. (the "Motion"), and having reviewed the Motion and all papers related thereto heretofore filed, and this Court possessing jurisdiction to consider the Motion, and venue being proper, and notice of the Motion having been sufficient, and the relief requested by the Motion being warranted, IT IS HEREBY ORDERED THAT:

1. The Motion is GRANTED.

2. Appellant's request for Reargument of this Court's March 31, 2006 Order (the "Order") denying Appellant's Motion To Dismiss is APPROVED.

2

      3.      A hearing to reconsider the Order and the Motion To Dismiss will be held on _____ (the "Hearing"), at which Hearing the Court will entertain oral argument on the Order and the Motion To Dismiss.

      4.      This Court shall retain jurisdiction to consider all matters related to the implementation and interpretation of this Order.

Dated: _____, 2006
Wilmington, DE

 

THE HONORABLE SUE L. ROBINSON,
CHIEF UNITED STATES DISTRICT COURT JUDGE