**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| IN RE: | : CHAPTER 7 |
| | : |
| US WOOD PRODUCTS, INC., | : Case No. 00-03198 (MFW) |
| | : |
| Debtor. | : |
| | : |
| MONTAGUE S. CLAYBROOK, | : |
| CHAPTER 7 TRUSTEE FOR THE ESTATE | : |
| OF US WOOD PRODUCTS, INC., | : |
| | : Adversary No. 03-53656 |
| Plaintiff, | : Civil Action No. 1:04-cv-01265 (SLR) |
| | : |
| v. | : |
| | : |
| PANOLAM INDUSTRIES, INC., | : |
| | : |
| Defendant. | : |

**NOTICE OF APPEAL TO
UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT**

Montague S. Claybrook, Chapter 7 Trustee for the Estate of US Wood Products, Inc., the

plaintiff, appeals to the United States Court of Appeals for the Third Circuit from the Order of

the District Court for the District of Delaware entered in this case on March 13, 2007.

The parties to the Order appealed from and the names and addresses of their respective

attorneys are as follows:

Defendant, Panolam Industries, Inc.

Attorneys for Panolam Industries, Inc.:

David M. Fournier, Esquire
James C. Carignan, Esquire
Pepper Hamilton LLP
Hercules Plaza - Suite 5100

1313 N. Market Street
Wilmington, DE  19801

    and

Donald J. Hutchinson, Esquire
Miller, Canfield, Paddock and Stone, P.L.C.
150 West Jefferson Avenue – Suite 2500
Detroit, MI  48226


FOX ROTHSCHILD LLP


By:    */s/ Sheldon K. Rennie*            
        Sheldon K. Rennie, Esquire
        Delaware Bar No. 3772
        919 North Market Street, Suite 1300
        Wilmington, DE  19801-3046
        Tel (302) 654-7444/Fax (302) 656-8920
        srennie@foxrothschild.com
            and
        Michael G. Menkowitz, Esquire
        Magdalena Schardt, Esquire
        Mark G. McCreary, Esquire
        2000 Market Street, 10th Floor
        Philadelphia, PA   19103-3291
        Tel (215) 299-2000/Fax (215) 299-2150
        mmenkowitz@foxrothschild.com

Attorneys for Appellant, Montague Claybrook, Chapter 7 trustee for the estate of US Wood Products, Inc.

Dated: April 10, 2007